EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Ramón B. Rivera Grau | 2017 TSPR 68<br><br>197 DPR ____ |

Número del Caso: TS-15,670

Fecha: 2 de mayo de 2017

Abogados del peticionario:

      Lcda. Daisy Calcaño López
      Lcdo. Luis E. Laguna Mimoso

Materia: Reinstalación al ejercicio de la abogacía y la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Ramón B. Rivera Grau                    TS-15,670

RESOLUCIÓN

San Juan, Puerto Rico, a 2 de mayo de 2017.

Examinada la *Moción en Solicitud de Reinstalación al Ejercicio de la Abogacía y la Notaría y en Cumplimiento de Orden (Urgente)* presentada por el peticionario, se le reinstala inmediatamente a la práctica de la abogacía y de la notaría, previo a presentar evidencia de fianza vigente.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo